# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## AUSTIN DIVISION

**FILED**

March 02, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Christian Rodriguez_
DEPUTY

RECEIVED

MAR 02 2026

CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**Joseph Anthony Reyna,**

Plaintiff,

v.

**Texas Department of State Health Services,**

Defendant.

Case No. 1:25-CV-00871-DAE

NOTICE OF APPEAL

Notice is hereby given that Plaintiff Joseph Anthony Reyna appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on February 10, 2026 (Dkt. 40), and from all interlocutory orders merged therein, including the Order adopting the Report and Recommendation and dismissing the case with prejudice (Dkt. 39).

Dated: February 25, 2026

Respectfully submitted,



_____

/s/ Joseph Anthony Reyna

Pro Se Plaintiff

1

Austin, TX 78731

whitehat@joecattt.com

2

Dreams Over Dollars
5900 ~~~~~~~~ Dr. #~~~~~
Austin, Texas 78701





NONPROFIT ORG/USA

**Clerk of Court**
United States District Court
**Western District of Texas**
**Austin Division**
501 West 5th Street, Room 110
Austin, Texas 78701

SCREENED BY CSO'S

MAR 0 1 2026

Nonprofit Organization – Authorized by U.S. Postal Service